KELSEY TODD, *Executor, etc., Appellant v.* THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, *Respondent.—* Judgment and order affirmed. Opinion by TALCOTT, P. J.

THOMAS F. BAKER and others, *Respondents, v.* LEVI HOTCHKISS, *Appellant.—* Judgment reversed and judgment ordered for the defendant, with costs. Opinion by SMITH, P. J.

EZRA W. ACER, *Appellant, v.* LEVI HOTCHKISS, *Respondent, Impleaded, etc.—* Judgment affirmed with costs, with leave to either party to modify the same as suggested in the opinion. Opinion by SMITH, P. J.; HAIGHT, J., not sitting.

ALONZO ROZIER, *Appellant, v.* THE BUFFALO, NEW YORK AND PHILADELPHIA RAILWAY COMPANY, *Respondent.—* Judgment reversed, and another trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

VALENTINE CROPSEY, *Respondent, v.* PHILETUS R. PERRY, *Appellant.—* Judgment and order affirmed. Opinion by SMITH, P. J.

JOHN T. WHEELOCK, *Respondent, v.* JOSEPHINE LOONEY, *Appellant.* Judgment affirmed. Opinion by SMITH, P. J.

JOSEPH MEDBERRY, *Respondent, v.* SENECA M. SHORT, *Appellant, Impleaded, etc.—* Judgment affirmed, with costs. Opinion by SMITH, P. J.

AMANDA LAKEY, *Appellant, v.* LEWIS SCOTT, *Respondent, Impleaded, etc.—* Judgment affirmed. Opinion by SMITH, P. J.

GEORGE B. WARNER, *Receiver, Respondent, v.* NORMAN GILLETT and others, *Appellants.—* Judgment reversed and a new trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

WILLIAM SUMMERVILLE, *Appellant, v.* CHARLES H. METCALF and others, *Respondents.—* Judgment reversed and new trial ordered in the County Court of Oswego county, costs to abide event. Opinion by SMITH, P. J.

DANIEL W. POWERS, *Respondent, v.* JOHN H. CARPENTER, *Appellant.—* Judgment affirmed. Opinion by SMITH, P. J.

GEORGE W. CRAMER and another, *Respondents, v.* GARDNER D. WARREN, *Appellant.—* Judgment affirmed. Opinion by SMITH, P. J.

RICHMOND PUTNAM, *Respondent, v.* ALPHONSO MATTHEWSON and another, *Appellant.—* Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

DANIEL WALLACE, *Appellant, v.* JOAB L. CLIFT, *Surviving Partner, etc., Respondent.—* Judgment affirmed, with costs. Opinion by SMITH, P. J.